# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOLAN LOPEZ,

    Petitioner,

v.

DEBBIE ASUNCION,

    Respondent.

CASE NO. 16-CV-00065-DMG (SK)

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation and Denying Certificate of Appealability,

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: October 6, 2017

                                      DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE